714

Commonwealth *v.* Warner, Appellant.

Submitted June 11, 1973. *Harry L. McNeal, Jr.,* Assistant Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Whispell, Appellant.

Argued June 13, 1973. *Stephen Cohen,* for appellant; *John R. Moore,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Whitaker, Appellant.

Argued March 23, 1973. *Charles F. G. Smith,* for appellant; *Adam D. Bavolack,* Assistant District Attorney, with him *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.